In the Matter of Charles L. WOODY, Jr., Harold Russell Ryder and Lucien A. Hold, Individually and as Copartners Doing Business under the Firm Name and Style of Woody & Co., Alleged Bankrupts, Charles L. Woody, Jr., Objector-Appellant, Carl E. Ward, Claimant-Appellee.

No. 368.

Circuit Court of Appeals, Second Circuit.

May 2, 1932.

White & Case, of New York City (Graham D. Mattison and William St. John Tozer, both of New York City, of counsel), for objector-appellant, Charles L. Woody, Jr.

Graves & Yawger, of New York City (Charles S. Yawger, of New York City, of counsel), for claimant-appellee, Carl E. Ward.

Garey & Garey, of New York City (Eugene L. Garey, Earl J. Garey, and Edward K. Kennedy, all of New York City, of counsel), amici curiæ.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order [57 F.(2d) 207] affirmed.